GURDHIAN SINGH, Appellant, v JON FRIEDSON et al., Respondents.

Submitted June 11, 2007; decided July 2, 2007

Reported below, 36 AD3d 605.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of SUSAN SPENCER, Respondent, v JAMES SPENCER, Appellant.

Submitted May 7, 2007; decided July 2, 2007

Reported below, 35 AD3d 980.

Motion by the American Academy of Matrimonial Lawyers, New York Chapter, et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of MARIA E. TORRES, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted June 11, 2007; decided July 2, 2007

Reported below, 32 AD3d 1093.

Motion for reargument of motion for leave to appeal denied [see 8 NY3d 811].